NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3107

WANDA N.D. THOMAS,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT831E080086-I-2.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

Upon consideration of Wanda N.D. Thomas's unopposed motion for a four-month extension of time to pay the court's docketing fee,

IT IS ORDERED THAT:

The motion is granted. The docketing fee must be paid within 120 days of the date of filing of this order. No further extensions.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Wanda N.D. Thomas
Shari A. Rose, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK